[No. 18450-4-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH FRANCIS WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00056-3, Robert C. Bibb, J., entered May 2, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.

[No. 17105-4-I.   Division One.   July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO NAVARRO-SARRIO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01501-7, George T. Mattson, J., entered September 10, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18507-1-I.   Division One.   July 20, 1987.]

SHARON PERRY, as *Guardian ad Litem, Appellant*, v. WAYNE R. SLATER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 85-2-14997-1, Patricia H. Aitken, J., entered April 23, 1986. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Pekelis, JJ.

[No. 17360-0-I.   Division One.   July 20, 1987.]

*In the Matter of* JOAN N. CEREZO.

AYUKO N. CEREZO, *Respondent*, v. VENANCIO YU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-5-50591-8, John M. Darrah, J., entered October 3, 1985. *Affirmed* by unpublished opinion per Pitt, J. Pro Tem., concurred in by Callow and Cole, JJ. Pro Tem.